675 A.2d 1212

Julie HUBBARD, Jennifer Scamell, Cheryl Stotsenberg, and Lora Gibson, Appellants,

v.

EAST STROUDSBURG UNIVERSITY, Appellee.

No. 84 M.D.APP.1995.

Supreme Court of Pennsylvania.

May 20, 1996.

*ORDER*

PER CURIAM.

Order affirmed.